**WO** SVK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rockney Willard Martineau,     ) | No. CV 07-1252-PHX-SMM (JRI) |
| Plaintiff,     ) | **ORDER** |
| vs.     ) | |
| Joseph M. Arpaio,     ) | |
| Defendant.     ) | |

Plaintiff Rockney Willard Martineau, who is confined in the Maricopa County Towers Jail, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. The Court granted Plaintiff's Application to Proceed, which required Plaintiff to pay the statutory filing fee of $350.00. 28 U.S.C. § 1915(b)(1). The Court ordered that monthly payments be made from Plaintiff's inmate jail account. (Doc. #7.)

Plaintiff has filed a "Notice of Tender of Payment," which purports to tender a promissory note in the amount of $350.00 for discharge of the filing fee. The Court will construe the Notice as a motion to accept the promissory note as payment of the filing fee; the Court denies the motion.

///

///

///

**TERMPSREF**

1 **IT IS ORDERED** that Plaintiff's Notice of Tender of Payment (Doc. #13), which the
2 Court construes as a motion to accept the promissory note as payment for the filing fee, is
3 **DENIED.**

4 DATED this 14th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge