**WO**                                                                                    SRM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rockney Willard Martineau, | No. CV 07-1252-PHX-SMM (JRI) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph M. Arpaio, | |
| Defendant. | |

It appearing to the Court that the Defendant's Motion to Dismiss, filed September 5, 2007 (Doc. 20) is now ready for the Court's consideration,

**IT IS HEREBY ORDERED** that the reference of this case to the Magistrate Judge is withdrawn as to Defendant's Motion to Dismiss, filed September 5, 2007 (Doc. 20).

All other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 16th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge